SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 3 1 2006
By _____ J. T. NOBLIN, CLERK, Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAKE PROPERTIES                                                                     PLAINTIFF

VERSUS                                       CIVIL ACTION NO.  1:06CV578-LTS-RHW

XL SPECIALTY INSURANCE COMPANY

AND

COMMUNITY BANK, COAST, BILOXI                                                    DEFENDANTS
HARRISON COUNTY, MISSISSIPPI

## AGREED ORDER

THIS CAUSE this day having come on to be heard and the parties having reached an agreement that Community Bank, Coast, Biloxi, Harrison County, Mississippi be dismissed from the above case without prejudice and the parties will pay their own costs and attorney fees.

ORDERED, ADJUDGED and DECREED that Community Bank, Coast, Biloxi, Harrison County, Mississippi is dismissed from the above case without prejudice and all parties are to pay their own costs and attorney fees.

ORDERED, ADJUDGED and DECREED this the 31th day of August, 2006.

_____
SENIOR UNITED STATES ~~MAGISTRATE~~ JUDGE

_____
D. NEIL HARRIS, ESQ.
Attorney for Community Bank,
Coast, Biloxi, Harrison County, Mississippi

_____
JOE SAM OWEN, ESQ.
Attorney for Plaintiff

_____
SCOTT ELLZEY, ESQ.
Attorney for Defendant XL Specialty
Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAKE PROPERTIES                                         PLAINTIFF

VERUS                                CIVIL ACTION NO. 1:06CV578-LTS-RHW

XL SPECIALTY INSURANCE COMPANY

AND

COMMUNITY BANK, COAST, BILOXI                           DEFENDANTS
HARRISON COUNTY, MISSISSIPPI

## AGREED ORDER

THIS CAUSE this day having come on to be heard and the parties having reached an agreement that Community Bank, Coast, Biloxi, Harrison County, Mississippi be dismissed from the above case without prejudice and the parties will pay their own costs and attorney fees.

ORDERED, ADJUDGED and DECREED that Community Bank, Coast, Biloxi, Harrison County, Mississippi is dismissed from the above case without prejudice and all parties are to pay their own costs and attorney fees.

ORDERED, ADJUDGED and DECREED this the ____ day of _____, 20___.

_____
UNITED STATES MAGISTRATE JUDGE

_____
D. NEIL HARRIS, ESQ.
Attorney for Community Bank,
Coast, Biloxi, Harrison County, Mississippi

_____
JOE SAM OWEN, ESQ.
Attorney for Plaintiff

_____
SCOTT ELLZEY, ESQ.
Attorney for Defendant XL Specialty
Insurance Company