IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Rake Properties                                                                     PLAINTIFF(S)

VERSUS                                                       CIVIL ACTION NO.  1:06cv578-LTS-RHW

XL Specialty Insurance Company, *et al.*                            DEFENDANT(S)


**AGREED JUDGMENT OF DISMISSAL**

This cause comes before the Court *sua sponte*, the parties having announced that they have

reached a compromise and settlement of all pending claims in this matter.  Accordingly, the Court

being desirous of removing this matter from its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby

dismissed with prejudice with each party to bear its own costs.  By agreement of the parties, the

Court hereby retains jurisdiction to enforce the settlement agreement.  If any party fails to

consummate the settlement agreement within thirty (30) days, any aggrieved party may move to

reopen the case for enforcement of the settlement agreement.  Upon hearing any motion for

enforcement of the settlement agreement, the Court may award attorneys' fees and costs to the

prevailing party.

**SO ORDERED AND ADJUDGED** this the 18th day of  October, 2006.



s/ *Robert H. Walker*
United States Magistrate Judge